**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carla R Brown | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 24-11764 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of United Wholesale Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
17 Jun 2024, 15:58:49, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322