Certificate Number: 14424-PAE-DE-038671563

Bankruptcy Case Number: 24-11764



14424-PAE-DE-038671563

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2024, at 4:31 o'clock PM EDT, Carla R Brown completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 16, 2024

By: /s/Jesus Leonardo

Name: Jesus Leonardo

Title: Instructor