| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11764-AMC**

| | |
|---|---|
| Carla R Brown | Petition Filed Date: 05/23/2024 |
| 7745 Cederbrook Avenue | 341 Hearing Date: 07/19/2024 |
| Philadelphia  PA    19150 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/25/2024 | $450.00 | | 07/23/2024 | $450.00 | | | | |

**Total Receipts for the Period: $900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL S SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  001 | Priority Crediors | $131.84 | $0.00 | $0.00 |
| 2 | CRESCENT BANK & TRUST<br>»»  002 | Secured Creditors | $10,295.68 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $1,332.71 | $0.00 | $0.00 |
| 4 | WESTLAKE SERVICES LLC<br>»»  004 | Unsecured Creditors | $4,332.10 | $0.00 | $0.00 |
| 5 | ONE MAIN FINANCIAL GROUP LLC<br>»»  005 | Unsecured Creditors | $5,262.15 | $0.00 | $0.00 |
| 6 | VERIZON BY AIS AS AGENT<br>»»  006 | Unsecured Creditors | $275.69 | $0.00 | $0.00 |
| 7 | CENLAR FSB<br>»»  007 | Mortgage Arrears | $16,371.43 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11764-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,350.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $135.00 | Total Plan Base: | $27,000.00 |
| Funds on Hand: | $1,215.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.