# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Carla R Brown | : |
| Debtor | : Bankruptcy No. 24-11764 AMC |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Amended Chapter 13 Plan sent on October 7, 2024, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all secured and priority creditors using the addresses listed in the claims register.

\s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**