United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 24-11764-amc

Carla R Brown                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla R Brown, 7745 Cederbrook Avenue, Philadelphia, PA 19150-1401 |
| 14899792 | + | United Wholesale Mortgage, LLC, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 09 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14890801 | | Email/Text: vdimambro@uwm.com | Oct 09 2024 23:51:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 14898652 | ^ | MEBN | Oct 09 2024 23:42:44 | United Wholesale Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Carla R Brown msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Carla R Brown | CHAPTER 13 |
| _____Debtor(s)_____ | |
| | |
| United Wholesale Mortgage, LLC | |
| _____Movant_____ | |
| vs. | NO. 24-11764 AMC |
| | |
| Carla R Brown | |
| _____Debtor(s)_____ | |
| | |
| Scott F. Waterman | 11 U.S.C. Section 362 |
| _____Trustee_____ | |

### <u>STIPULATION</u>

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The post-petition arrearage on the mortgage held by the Moving Party on the Debtor's

residence is **$,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | June 2024 through September 2024 @ $1,402.63 |
| Suspense Balance: | $1,363.00 |
| **Total Post-Petition Arrears** | **$4,247.52** |

2.      The Debtor shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended

Chapter 13 Plan to include the post-petition arrears of $4,247.52.

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-

petition arrears of $4,247.52 along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or

Supplemental Proof of Claim.

d). Maintenance of current monthly mortgage payments to the Movant thereafter.

3.      Beginning with the payment due October 1, 2024, and continuing thereafter, Debtor

shall pay to Movant the present regular monthly mortgage payment of $1,402.63 (or as adjusted pursuant

to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being

assessed after the 15th of the month).

4.      Should Debtor provide sufficient proof of payments made, but not credited (front &

back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.     In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.     If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.     If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.     The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.     The parties agree that a facsimile signature shall be considered an original signature.

Date:    September 18, 2024          **/s/ Denise Carlon**
                                     Denise Carlon, Esquire
                                     Attorney for Movant


Date: September 26, 2024            /s/ Michael Schwartz
                                     Michael Seth Schwartz Esq.
                                     Attorney for Debtor(s)


Date: October 1, 2024              /s/ Ann Swartz
                                     For Scott F. Waterman
                                     Chapter 13 Trustee


Approved by the Court this __9th__ day of __October_____, 2024. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan