United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11764-amc |
| Carla R Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla R Brown, 7745 Cederbrook Avenue, Philadelphia, PA 19150-1401 |
| 14899792 | + | United Wholesale Mortgage, LLC, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14909839 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 01 2024 00:09:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14893986 | | Email/Text: bankruptcy@cbtno.com | Nov 01 2024 00:08:00 | Crescent Bank & Trust, P.O. Box 2829, Addison, TX 75001 |
| 14890798 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2024 00:24:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14894700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2024 00:23:21 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14894605 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:23:30 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14890799 | + | Email/Text: bankruptcy@cbtno.com | Nov 01 2024 00:09:00 | Crescent Bank, Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14890800 | + | Email/PDF: cbp@omf.com | Nov 01 2024 00:24:30 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14891642 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14890801 | | Email/Text: vdimambro@uwm.com | Nov 01 2024 00:09:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 14898652 | ^ | MEBN | Nov 01 2024 00:07:13 | United Wholesale Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14907757 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2024 00:23:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14890802 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 01 2024 00:08:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14901097 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2024 00:25:20 | Westlake Services, LLC, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 13

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com

MICHAEL SETH SCHWARTZ
    on behalf of Debtor Carla R Brown msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Carla R Brown<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11764−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 30, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court