United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 24-11764-amc

Carla R Brown                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla R Brown, 7745 Cederbrook Avenue, Philadelphia, PA 19150-1401 |
| 14899792 | + | United Wholesale Mortgage, LLC, c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 27 2025 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14909839 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 27 2025 00:37:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14893986 | | Email/Text: bankruptcy@cbtno.com | Jun 27 2025 00:36:00 | Crescent Bank & Trust, P.O. Box 2829, Addison, TX 75001 |
| 14890798 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14894700 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:03 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14894605 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2025 00:42:53 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14890799 | + | Email/Text: bankruptcy@cbtno.com | Jun 27 2025 00:37:00 | Crescent Bank, Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14890800 | + | Email/PDF: cbp@omf.com | Jun 27 2025 00:43:42 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14891642 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2025 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14890801 | | Email/Text: bankruptcy@uwm.com | Jun 27 2025 00:37:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 14898652 | ^ | MEBN | Jun 27 2025 00:29:25 | United Wholesale Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14907757 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2025 00:43:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14890802 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 27 2025 00:36:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14901097 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:47 | Westlake Services, LLC, Resurgent Capital |

Services, PO Box 3427, Greenville, SC
29602-3427

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2025                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Carla R Brown msbankruptcy@gmail.com  MSchwartz@jubileebk.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    |    Chapter 13
        Carla R Brown                     |
                                          |    Bankruptcy No. 24-11764-AMC
                                          |
                          Debtor          |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 26, 2025**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE