| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11764-AMC

Carla R Brown
7745 Cederbrook Avenue
Philadelphia  PA    19150

Petition Filed Date: 05/23/2024
341 Hearing Date: 07/19/2024
Confirmation Date: 10/30/2024

Case Status: Dismissed After Confirmation on 6/26/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2024 | $450.00 | | 09/24/2024 | $450.00 | | 10/29/2024 | $450.00 | |
| 11/27/2024 | $450.00 | | 01/07/2025 | $456.99 | | 02/19/2025 | $463.98 | |

**Total Receipts for the Period: $2,720.97    Amount Refunded to Debtor Since Filing: $12.41    Total Receipts Since Filing: $3,620.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL S SCHWARTZ ESQ | Attorney Fees | $3,085.00 | $3,085.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Creditors | $131.84 | $131.84 | $0.00 |
| 2 | CRESCENT BANK & TRUST<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,332.71 | $0.00 | $1,332.71 |
| 4 | WESTLAKE SERVICES LLC<br>»» 004 | Unsecured Creditors | $4,332.10 | $0.00 | $4,332.10 |
| 5 | ONE MAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $5,262.15 | $0.00 | $5,262.15 |
| 6 | VERIZON BY AIS AS AGENT<br>»» 006 | Unsecured Creditors | $275.69 | $0.00 | $275.69 |
| 7 | CENLAR FSB<br>»» 007 | Mortgage Arrears | $16,371.43 | $47.83 | $16,323.60 |
| 8 | CENLAR FSB<br>»» 07P | Mortgage Arrears | $4,247.52 | $0.00 | $4,247.52 |
| 0 | Carla R Brown | Debtor Refunds | $12.41 | $12.41 | $0.00 |

**Chapter 13 Case No. 24-11764-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,620.97 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $3,277.08 | Arrearages: | $0.00 |
| Paid to Trustee: | $343.89 | Total Plan Base: | $27,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.